# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. | |
| Azikiwe AQUART, Azibo AQUART, | |
| and Efrain JOHNSON | |
|       Defendants.  : | Case No. 3:06cr160(PCD) |
| : | |

## ORDER ON ORAL MOTION TO SEVER

      Oral Motion to sever the trial of Efrain Johnson from the trial of Azikiwe Aquart and Azibo Aquart is hereby **granted.**


Dated at New Haven, Connecticut, February 17, 2009.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court